## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bensalem Township, John M. Chaykowski, Administrator William Cmorey, Trustee | : : : : | |
| v. | : : | No. 1053 C.D. 2021 |
| Samuel Karley, Appellant | : : : | |

**PER CURIAM**                    **O R D E R**


NOW, February 21, 2023, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is DENIED.